IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **CRIMINAL NO. 14-00116-KD-C** |
| | ) | |
| **LANCY WHITE, JR.** | ) | |

## ORDER

The District Court received the following directive from the United States Court of Appeals for the Eleventh Circuit:

> Appellant's "Opposed Amended Motion for Limited Remand…" is DENIED WITHOUT PREJUDICE TO RENEWAL following an indicative ruling from the District Court that, upon remand, it would grant Appellant's "Amended Opposed Motion to Properly Preserve and Catalog All Electronic, and Metadata Evidence." *See* DE 138.[1]

(Order dated November 13, 2015, Appeal Number 15-12025-CC). This matter now is before the Court on the following:

> "Defendant Lancy White, Jr.'s Motion to Reconsider his Amended Opposed Motion to Properly Preserve and Catalog All Electronic and Metadata Evidence; Reply to Government's response Thereto; Memorandum of Law" (Doc. 143)

> "Defendant Lancy White, Jr.'s Motion for Indicative Ruling From District Court's Order Stating that Upon Remand it Will Grant Defendant's Amended Opposed Motion to Properly Preserve and Catalog All Electronic and Metadata Evidence (Doc. 139)" (Doc. 145).

> "United States' Response to Defendant's Motion to Preserve Electronic and Metadata Evidence" (Doc. 149).

> "Defendant Lancy White, Jr.'s Motion for Leave to Reply to Government's Response to White's Motion to Preserve Evidence; Incorporated Memorandum of Law" (Docs. 150, 150-1).[2]

---

[1] Footnote not in the original. The Court believes the reference to Doc. 138 may be a typographical error as the "Amended Opposed Motion to Properly Preserve and Catalog All Electronic, and Metadata Evidence" is Doc. 139.

[2] The Court **GRANTED** Defendant's motion for leave to file a reply. (Doc. 151). The attached reply (Doc. 150-1) has been docketed as Doc. 152.

Accordingly, Defendant's motion for an indicative ruling (Doc. 145) is **GRANTED**. Upon remand from the Eleventh Circuit Court of Appeals, and upon consideration of the United States' Response and the Defendant's Reply (Docs. 149, 152), the District Court would **GRANT IN PART** Defendant's Amended Opposed Motion to Properly Preserve and Catalog All Electronic and Metadata Evidence (Doc. 139) as follows: <u>**The Saraland Police Department shall not delete any e-mails from the "Cindy Carmichael" Gmail account that were sent or received between April 1, 2013 and April 6, 2013.**</u>  Defendant's Motion to Reconsider (Doc. 143) is **MOOT**.

**DONE** and **ORDERED** this **22nd** day of **December 2015**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**