# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LANCY WHITE, | : |
|    Petitioner, | : |
| | CIVIL ACTION NO. 17-0512-KD-MU |
| | : |
| vs. | CRIMINAL NO. 14-0116-KD |
| | : |
| UNITED STATES OF AMERICA, | |
| | : |
|    Respondent. | |

## ORDER

After due and proper consideration of all portions of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation (doc. 216) of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 9, 2019, except for Footnote 24, is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of September 2019.

                                            s/ Kristi K. DuBose
                                            KRISTI K. DuBOSE
                                            CHIEF UNITED STATES DISTRICT JUDGE